

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

50 Main Street, Suite 1100
White Plains, New York 10606

November 21, 2024

The Honorable Victoria Reznik
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150



      Re:    <u>United States v. Michael O'Flaherty,</u> 24mj4070

Dear Judge Reznik:

    Defendant Michael O'Flaherty was arrested this morning and will be brought before the Court for his initial appearance on the above-referenced complaint. Accordingly, the Government respectfully requests that Your Honor sign an order unsealing the complaint and arrest warrant.

    Thank you for your consideration.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Jeffrey C. Coffman
Assistant United States Attorney
(914) 993-1940

SO ORDERED:

_____
HON. VICTORIA REZNIK
United States Magistrate Judge
Southern District of New York

November 21, 2024