**RE:**  O'Flaherty, Michael
**Docket No.:**  7:24-04070M-1

IT IS THE ORDER OF THE COURT THAT:

☒ The defendant's conditions of release are modified to include: Mental Health Evaluation and Treatment as directed by Pretrial Services.

☐ No action with regard to the defendant's conditions of release is to take place at this time.

☐ Other: _____

SO ORDERED,

_____           12-3-2024
Honorable Judith C. McCarthy           Date
United States Magistrate Judge

cc:  Jeffrey C. Coffman, AUSA
      Andrew C. Quinn, Defense Counsel