UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

        -against-

MICHAEL O'FLAHERTY,

                             Defendant.
-------------------------------------------------------------x

6TH ORDER OF CONTINUANCE

24 Mag. 4070

       Adjourned to June 4, 2025 by Andrew E. Krause, United States Magistrate Judge, having found that the ends of justice served thereby, outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant a continuance would be a miscarriage of justice.

       Upon the granting of a Sixth Order of Continuance in this matter, it is hereby Ordered that for any future Orders of Continuance the application shall be supported by a stipulation signed by lead counsel for both parties, and countersigned by the Defendant, or it shall be supported by personal appearance of lead counsel for both parties at the time such application is made. In the event that a stipulation is submitted, the Court reserves the right to require personal appearance by lead counsel in order to make further inquiry.

Dated: May 7, 2025
         White Plains, New York

                                                  SO ORDERED:

                                                  _____
                                                  ANDREW E. KRAUSE
                                                  United States Magistrate Judge